**RIO GRANDE OIL CO., a Corporation, Appellant, v. Scott CARTER, as Administrator of the Estate of John P. Carter, Deceased.**

**No. 8989.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1939.

H. L. Dunnigan, Gordon A. Goodwin, and Hill, Morgan & Bledsoe, all of Los Angeles, Cal., for appellant.

James W. Morris, Asst. Atty. Gen., and Sewall Key and E. F. McMahon, Sp. Assts. to Atty. Gen. (Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., of counsel), for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

HEALY, Circuit Judge.

This is a companion case to Rio Grande Oil Company v. Welch, 9 Cir., 101 F.2d 454, this day decided.

Appellant paid to Welch, former Collector, a portion of the stamp taxes assessed, and paid the remainder to his successor, Carter.

The facts in the two cases are identical, and the decision in the Welch case requires an affirmance.

Affirmed.